John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:   (408) 998-4790

Attorneys for Plaintiff
PI-NET INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOUTH BAY CREDIT UNION, <br><br> Defendant. | Case No.  CV12-970**5** PSG (JEMx) <br><br> **PLAINTIFF PI-NET INTERNATIONAL, INC.'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE WHY ALL RELATED CASES SHOULD NOT BE STAYED PENDING INTER PARTES REVIEW** |
| PI-NET INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> INLAND VALLEY FEDERAL CREDIT UNION, <br><br> Defendant. | Case No. CV12-1990 PSG (JEMx) |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\1016111.1

PLAINTIFF PI-NET INTERNATIONAL, INC.'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE WHY ALL RELATED CASES SHOULD NOT BE STAYED PENDING INTER PARTES REVIEW

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., <br>     Plaintiff, <br>   v. <br> 1ST VALLEY CREDIT UNION, <br>     Defendant. | Case No. EDCV12-1989 PSG (JEMx) |
| PI-NET INTERNATIONAL, INC., <br>     Plaintiff, <br>   v. <br> MEDIA CITY COMMUNITY CREDIT UNION, <br>     Defendant. | Case No. EDCV12-9699 PSG (JEMx) |
| PI-NET INTERNATIONAL, INC., <br>     Plaintiff, <br>   v. <br> ENTERPRISE HOLDINGS, INC., <br>     Defendant. | Case No. CV12-03970 PSG (JEMx) |
| PI-NET INTERNATIONAL, INC., <br>     Plaintiff, <br>   v. <br> U-HAUL INTERNATIONAL, INC., <br>     Defendant. | Case No. CV12-4301 PSG (JEMx) |
| PI-NET INTERNATIONAL, INC., <br>     Plaintiff, <br>   v. <br> ACE RENT A CAR, INC., <br>     Defendant. | Case No. CV12-4303 PSG (JEMx) |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\1016111.1      - 2 -
PLAINTIFF PI-NET INTERNATIONAL, INC.'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE WHY ALL RELATED CASES SHOULD NOT BE STAYED PENDING INTER PARTES REVIEW

| | |
|---|---|
| PI-NET INTERNATIONAL, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>PAYLESS CAR RENTAL SYSTEM, INC.,<br><br>        Defendant. | Case No. CV12-4394 PSG (JEMx) |

Plaintiff Pi-Net International, Inc., ("Pi-Net") (with respect the consolidated case Nos. CV12-9705 PSG (JEMx) (South Bay Credit Union); CV12-1990 PSG (JEMx) (Inland Valley Credit Union); CV12-1989 PSG (JEMx) (1st Valley Credit Union); and CV12-9699 PSG (JEMx) (Media City Credit Union) (collectively "Central District Credit Union Cases") hereby provides this supplemental response to the Court's June 5, 2013 Order to Show Cause why all related cases before the Court should not be stayed until the resolution of the *inter partes* review.

The aforementioned Central District Credit Union Cases have been resolved by settlement and the affected parties will be seeking dismissal by stipulation pursuant to Rule 41 of the Federal Rules of Civil Procedure within 10-business days of June 25, 2013. Plaintiff respectfully requests that the Court not stay these cases to allow the request for dismissals to be filed.

Dated: June 26, 2013

HOPKINS & CARLEY
A Law Corporation


By: */s/ John V. Picone III*
    John V. Picone III
    Attorneys for Plaintiff
    PI-NET INTERNATIONAL, INC.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\1016111.1     - 3 -
PLAINTIFF PI-NET INTERNATIONAL, INC.'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE WHY ALL RELATED CASES SHOULD NOT BE STAYED PENDING INTER PARTES REVIEW