John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Plaintiff
PI-NET INTERNATIONAL, INC.

E-FILED 07/18/13

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDIA CITY COMMUNITY CREDIT UNION, <br><br> Defendant. | Case No. CV12-09699 PSG(JEMx) <br><br> **[PROPOSED] ORDER APPROVING STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\1016421.1

[PROPOSED] ORDER APPROVING STIPULATION FOR VOLUNTARY DISMISSAL
PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE   CV12-09699 PSG(JEMX)

1     The Notice of Stipulation for Voluntary Dismissal Pursuant to Rule 41 of the Federal Rules of Civil Procedure (the "Stipulation") filed by Plaintiff Pi-Net International, Inc. and Defendant Media City Community Credit Union ("Defendant"), by and through their respective counsel, having been presented,

IT IS HEREBY ORDERED,

    1.     The Stipulation is approved;

    2.     Pi-Net's claims against Defendant are hereby dismissed with prejudice; and

    3.     Defendant's counterclaims against Pi-Net are hereby dismissed with prejudice.

Dated: \_\_\_7/18\_\_\_, 2013

**PHILIP S. GUTIERREZ**
_____
Philip S. Gutierrez
United States District Judge

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\1016421.1
[PROPOSED] ORDER APPROVING STIPULATION FOR VOLUNTARY DISMISSAL
PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE     CV12-09699 PSG(JEMX)